JAY P. SRINIVASAN, SBN 181471
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7296
Email: JSrinivasan@gibsondunn.com

*Attorney for Defendant,*
*PepsiCo, Inc.*

*(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK PETRETTI, individually and on behalf of those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>PEPSICO, INC. and WALMART INC.,<br><br>Defendants. | Case No. 5:25-cv-10952-PCP<br><br>**JOINT STIPULATION TO TRANSFER VENUE AND ~~[PROPOSED]~~ ORDER**<br><br>Judge: The Honorable P. Casey Pitts |

Plaintiff Rick Petretti ("Plaintiff") and Defendants PepsiCo, Inc and Walmart Inc. ("Defendants" and, together with Plaintiffs, the "Parties"), by and through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action or any related action, enter into this Stipulation pursuant to Civil Local Rule 7-1(a) and Civil Local Rule 7-12, and respectfully request that the Court enter an Order with reference to the following circumstances:

WHEREAS, on December 23, 2025, Plaintiffs filed the operative Complaint in this matter (ECF No. 1);

WHEREAS, the Parties have met and conferred regarding Defendants' position that the claims asserted against them should be transferred to the Southern District of New York and then partially consolidated for pretrial purposes with ongoing litigation with overlapping putative classes and claims—*Giannasca v. PepsiCo, Inc. et al*, Case No. 7:25-cv-06440-CS; *Emporium Food Store LLC v. PepsiCo, Inc. et al*, Case No. 7:25-cv-10698-CS; *Gelbspan et al v. Pepsico, Inc. et al*, Case No. 7:25-cv-10397-CS; *Redner's Markets, Inc. v. PepsiCo, Inc. et al*, Case No. 7:25-cv-10633-CS; *Donovan et al v. PepsiCo, Inc. et al*, Case No. 7:25-cv-10571-CS; *Lee et al v. PepsiCo, Inc. et al*, Case No. 7:26-cv-00329-CS; and *Davis v. PepsiCo, Inc. et al*, Case No. 1:26-cv-00405-CS—pending before the Honorable Cathy Seibel.

WHEREAS, on February 4, 2026, Judge Seibel entered an order setting a status conference on February 23, 2026 to discuss next steps in these cases. *See* Order, *Davis v. PepsiCo, Inc. et al.*, No. 7:26-cv-00405-CS, Dkt. 17 (S.D.N.Y. Feb. 4, 2026);

WHEREAS, pursuant to 28 U.S.C. § 1404(a), a District Court may transfer a civil action to any other district where it might have been brought, or to which all parties have consented, for the convenience of parties and witnesses and in the interest of justice;

Gibson, Dunn & Crutcher LLP

WHEREAS, Plaintiff and Defendants agree that this action could have been brought in the United States District Court for the Southern District of New York, and that venue is proper in that district;

WHEREAS, Plaintiff and Defendants further agree that transfer of this action to the Southern District of New York would promote the efficient administration of justice;

WHEREAS, the parties therefore jointly seek transfer of this action to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that this action shall be transferred from the United States District Court for the Northern District of California to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a). This stipulation is entered into without waiver of any party's claims, defenses, objections, or rights, all of which are expressly preserved. The parties respectfully request that the Court enter the proposed order set forth below.

[*Signatures on following page*]

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION TO TRANSFER VENUE
CASE NO. 5:25-CV-10952-PCP

DATED: February 11, 2026

Respectfully submitted,

SCHNEIDER WALLACE
COTTRELL KIM, LLP
Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
Raymond S. Levine (SBN 348030)
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421 7100
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com
rlevine@schneiderwallace.com


By:     */s/ Matthew S. Weiler*
          Matthew S. Weiler

*Attorneys for Plaintiff and the Proposed Class*

GIBSON, DUNN & CRUTCHER LLP
Jay P. Srinivasan


By:     */s/ Jay P. Srinivasan*
          Jay P. Srinivasan

*Attorney for Defendant PepsiCo, Inc.*

LATHAM & WATKINS LLP
Belinda S Lee (SBN 199635)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone: 415.391.0600
Email: belinda.lee@lw.com


By:     */s/ Belinda S Lee*
          Belinda S Lee

*Attorney for Defendant Walmart Inc.*

Gibson, Dunn &
Crutcher LLP

3

JOINT STIPULATION TO TRANSFER VENUE
CASE NO. 5:25-CV-10952-PCP

## ATTESTATION

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: February 11, 2026                    GIBSON, DUNN & CRUTCHER LLP


By:  */s/ Jay P. Srinivasan*
         Jay P. Srinivasan

*Attorney for Defendant PepsiCo, Inc.*

JOINT STIPULATION TO TRANSFER VENUE
CASE NO. 5:25-CV-10952-PCP

Gibson, Dunn &
Crutcher LLP

# [PROPOSED] ORDER

Pursuant to the Parties' Joint Stipulation, and for good cause shown, IT IS HEREBY ORDERED that:

1.     The Court finds that transfer of venue from the Northern District of California to the Southern District of New York, where the actions styled *Giannasca v. PepsiCo, Inc. et al*, Case No. 7:25-cv-06440-CS; *Emporium Food Store LLC v. PepsiCo, Inc. et al*, Case No. 7:25-cv-10698-CS; *Gelbspan et al v. Pepsico, Inc. et al*, Case No. 7:25-cv-10397-CS; *Redner's Markets, Inc. v. PepsiCo, Inc. et al*, Case No. 7:25-cv-10633-CS; *Donovan et al v. PepsiCo, Inc. et al*, Case No. 7:25-cv-10571-CS; *Lee et al v. PepsiCo, Inc. et al*, Case No. 7:26-cv-00329-CS; and *Davis v. PepsiCo, Inc. et al*, Case No. 1:26-cv-00405-CS are pending, will further the interests of justice.

2.     The Parties' Joint Stipulation to transfer the venue of this action to the United States District Court for the Southern District of New York is therefore APPROVED.

3.     This action is TRANSFERRED to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a).

4.     All deadlines previously set in connection with this action are hereby VACATED.

5.     The Clerk of Court is directed to take all actions necessary to effectuate the transfer of this case to the Southern District of New York.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February ___12___, 2026

_____
HON. P. CASEY PITTS
United States District Judge

JOINT STIPULATION TO TRANSFER VENUE
CASE NO. 5:25-CV-10952-PCP

Gibson, Dunn &
Crutcher LLP